1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL CHESS,

11              Plaintiff,                    No. CIV S-06-1639 LKK KJM P

12        vs.

13   D.K. SISTO, et al.,

14              Defendants.             ORDER

15   _____/

16              Defendants Sisto, Scotland, Beyer, Crawford, Rollas and Bean have requested an

17   extension of time to file and serve an answer to plaintiff's complaint.  Good cause appearing, IT

18   IS HEREBY ORDERED that:

19              1.  The June 19, 2007 request for an extension of time is granted; and

20              2.  Defendants Sisto, Scotland, Beyer, Crawford, Rollas and Bean are granted

21   thirty days from the date of this order in which to file and serve an answer to plaintiff's

22   complaint.

23   DATED:  June 25, 2007.

24
                                      _____
25                                    U.S. MAGISTRATE JUDGE

26   1/mp/ches1639.36