IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

      Plaintiff,               No. CIV S-06-1639 LKK KJM P

     vs.

D.K. SISTO, et al.,

      Defendants.         ORDER

                               /

        Defendant Munson has requested an extension of time to file his answer. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendant Munson's request for an extension of time is granted; and

        2. Defendant Munson is granted until August 15, 2007 to file his answer.

DATED: July 26, 2007.

                                                  U.S. MAGISTRATE JUDGE

1
ches1639.36

1