IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

        Plaintiff,                     No. CIV S-06-1639 LKK KJM P

   vs.

D.K. SISTO, et al.,

        Defendants.          <u>ORDER</u>

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On April 16, 2007, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Boutt and Emery was returned because the Marshal was not able to locate those defendants with the addresses provided by plaintiff. Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et seq., or other means available to plaintiff. If access to the required information is denied or unreasonably delayed, plaintiff may seek judicial intervention.

/////

/////

1         Accordingly, IT IS HEREBY ORDERED that:

2         1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms,

3   along with an instruction sheet and a copy of the complaint filed July 25, 2006; and

4         2. Within sixty days from the date of this order, plaintiff shall complete and

5   submit the attached Notice of Submission of Documents to the court, with the following

6   documents:

7             a. Two completed USM-285 forms for defendants Emery and Boutt; and

8             b. Three copies of the endorsed complaint filed July 25, 2006.

9   DATED: August 2, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
ches1639.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

      Plaintiff,                          No. CIV S-06-1639 LKK KJM P

    vs.

D.K. SISTO, et al.,                    NOTICE OF SUBMISSION

      Defendants.                  OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     __2__       completed USM-285 forms

     __3__       copies of the _July 25, 2006_
                                 Complaint

DATED:

                                        _____
                                        Plaintiff