IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

        Plaintiff,                No. CIV S-06-1639 LKK KJM P

    vs.

D.K. SISTO, et al.,

        Defendants.       <u>ORDER</u>

_____/

        Plaintiff, a state prisoner, is proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  By an order filed August 2, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the two USM-285 forms and copies of plaintiff's complaint which are required to effect service on defendants Boutt and Emery.  On September 4, 2007, plaintiff submitted the copies of the complaint but failed to submit the completed USM-285 forms.

        Plaintiff asserts that because he is a prisoner he cannot obtain addresses for Boutt and Emery.  He asks that the court order either the Director of the California Department of Corrections and Rehabilitation or the Assistant Attorney General representing defendants Sisto, Beyer, Crawford, Rollas and Bean to provide the U.S. Marshal with the addresses for Boutt and Emery.  Plaintiff has not indicated that he has sought the addresses for Boutt and Emery through

1  discovery as this court instructed plaintiff to do in the court's August 2, 2007 order.  Therefore,

2  plaintiff's "request of judicial intervention to obtain defendants addresses" will be denied.

3  Plaintiff will be granted an additional 60 days within which to complete the USM-285 forms

4  necessary for service on defendants Boutt and Emery.  If plaintiff fails to return the USM-285

5  forms within 60 days, Boutt and Emery could be dismissed without prejudice.

6           Accordingly, IT IS HEREBY ORDERED that:

7           1.  Plaintiff's September 4, 2007 "request of judicial intervention to obtain

8  defendants addresses" is denied;

9           2.  The Clerk of the Court is directed to send plaintiff two blank USM-285 forms;

10  and

11          3.  Within 60 days, plaintiff shall submit to the court the two completed USM-285

12  forms for defendants Emery and Boutt required to effect service.  Failure to return the copies

13  within the specified time period could result in a recommendation that this action be dismissed.

14  DATED:  October 9, 2007.

15

16  _____
   U.S. MAGISTRATE JUDGE

17  1/mp
   ches1639.8f

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL CHESS,

11          Plaintiff,                    No. CIV-S-06-1639 LKK KJM P

12      vs.

13   D.K. SISTO, et al.,                  NOTICE OF SUBMISSION

14          Defendants.                   OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____:

18          _____        completed USM-285 forms
     DATED:

19

20

21                                        _____
                                          Plaintiff

22

23

24

25

26