IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

    Plaintiff,               No. CIV S-06-1639 LKK KJM P

  vs.

D.K. SISTO, et al.,

    Defendant.             ORDER

_____/

        Plaintiff has filed a motion asking that certain defendants be compelled to respond to certain discovery requests. However, the deadline for filing motions to compel discovery passed on August 14, 2009, and plaintiff has not provided and adequate explanation as to why he did not seek an extension of time prior to the passing of the deadline. See Fed. R. Civ. Pro. 6(b). Therefore, his motion (#42) is denied.

DATED: September 21, 2009.

                               _____
                               U.S. MAGISTRATE JUDGE

1
ches1639.mtc