IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MICHAEL CHESS,** | Case No. 2:06-cv-1639 LKK KJM P |
| Plaintiff, | **ORDER VACATING SCHEDULING ORDER DATES PENDING A RULING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **D. K. SISTO, et al.,** | |
| Defendants. | |

The court has considered the request to vacate the dates for filing pretrial statements, pretrial conference and trial pending a ruling on the motion for summary judgment filed by defendants Crawford, Bean, Sisto, Scotland, Beyer and Rollas (docket no. 62). Good cause appearing, **IT IS ORDERED** that the dates for filing pretrial statements, pretrial conference and trial are vacated. These dates shall be rescheduled, if need be, after the court rules upon the motion for summary judgment filed by defendants Crawford, Bean, Sisto, Scotland, Beyer and Rollas.

Dated: January 22, 2010.

_____
U.S. MAGISTRATE JUDGE

1

Order Vacating Scheduling Order Dates Pending a Ruling on
Defendants' Motion for Summary Judgment (2:06-cv-1639 LKK KJM P)