IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

      Plaintiff,                  No. CIV S-06-1639 LKK KJM P

    vs.

D. K. SISTO, et al.,

      Defendant.              ORDER

_____/

        On January 7, 2010, counsel for defendant Munson filed a motion for summary judgment (docket no. 59) without seeking leave to do so despite the fact that the deadline for filing such motions was October 9, 2009.  Accordingly, the motion is denied.

DATED: January 22, 2010.

                                      U.S. MAGISTRATE JUDGE

1
ches1639.msj