IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL CHESS,

      Plaintiff,                      No. 2:06-cv-1639 LKK KJN P

   vs.

D.K. SISTO, et al.,

      Defendants.         ORDER

_____/

        Plaintiff is a state prisoner proceeding without counsel with a civil rights action pursuant to 42 U.S.C. § 1983. There are currently two motions for summary judgment pending, filed on September 14, 2009, (Dkt. No. 43) and February 12, 2010, (Dkt. No. 70). Pursuant to the court's April 17, 2009, Scheduling Order (Dkt. No. 31), discovery was to be completed by August 14, 2009, and any motions to compel discovery were required to be filed by that date. Currently pending before the court is plaintiff's February 24, 2010 motion for leave to file a motion to compel discovery of two sets of interrogatories he served on defendants on August 9 and 22, 2009.

        Plaintiff contends that he was ill during May, June, July and August 2009 and was thus unable to timely file discovery requests and a motion to compel. Assuming that plaintiff was ill during that time, there is no explanation why plaintiff has delayed six months since the

1

close of discovery to file this motion to compel.  Discovery will not be reopened and plaintiff's motion to compel is denied.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (Dkt. No. 75) is denied

2. Plaintiff's November 25, 2009, motion to amend his opposition to summary judgment (Dkt. No. 55) is granted and the court will consider plaintiff's additional pages that were annexed to that motion.

DATED:  March 11, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

ches1639.cpl